June 25, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

SARAH LANSDEN BAKER, Appellant

NO. 14-14-00083-CV                V.

MARK MITCHELL BAKER, Appellee

_____

This cause, an appeal from a judgment signed December 18, 2013, was heard on the transcript of the record. We have inspected the record and find that the trial court erred.

A.     We **AFFIRM** the portion of the judgment that grants the divorce between Sarah Lansden Baker and Mark Mitchell Baker on the basis of insupportability.

B.     We **REVERSE** the portion of the judgment that appoints Sarah Lansden Baker and Mark Mitchell Baker as joint managing conservators.

C.     We **REVERSE** the order, rendered final by the judgment, that strikes as a sanction Sarah Lansden Baker's claims for assault, battery, terroristic threats, intentional infliction of emotional distress, and exemplary damages.

D.     We **REVERSE** the portion of the judgment that divides the community estate.

E.    We **REMAND** for a new trial on the following issues:

1.    The conservatorship of the children;

2.    Sarah Lansden Baker's claims for assault, battery, terroristic threats, intentional infliction of emotional distress, and exemplary damages; and

3.    The division of the community estate.

We order that each party shall pay its costs by reason of this appeal.

We further order this decision certified below for observance.